# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 24-1822  **Short Title:** Belia A. Ocasio, et al v. Comis

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[✔] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

s/Luis R. Roman-Negron           September 16, 2024
Signature                         Date

Luis R. Roman-Negron
Name

Roman Negron Law, PSC            787-979-2007
Firm Name (if applicable)         Telephone Number

PO Box 360758                    _____
Address                           Fax Number

San Juan, PR 00936               lrn@roman-negron.com
City, State, Zip Code             Email (required)

Court of Appeals Bar Number: 91490

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).