# United States Court of Appeals
## For the First Circuit

---

No. 24-1822

BELIA ARLENE OCASIO; EFRAÍN COLÓN-DAMIANI,

Plaintiffs - Appellees,

v.

COMISIÓN ESTATAL DE ELECCIONES; JESSIKA PADILLA, in their official capacity as Acting President of the Comisión Estatal de Elecciones,

Defendants - Appellants.

---

**ORDER OF COURT**

Entered: May 19, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Ryanne R. Perio as counsel for Appellees Efrain Colon-Damiani and Belia Arlene Ocasio is granted. Attorney Perio is hereby withdrawn as counsel of record, and appellees will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Idza Díaz-Rivera, Luis R. Román-Negrón, Omar J. Andino Figueroa, Fernando Figueroa Santiago, George W. Shuster Jr., Fermin L. Arraiza-Navas, Adriel I. Cepeda Derieux, Theresa J. Lee, Ryanne E. Perio, Victoria Ochoa, Sophia Lin Lakin